IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEROY BOND,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

  v.                                     Case No. 18-cv-212-jdp

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Leroy Bond denying his motion for post conviction relief under 28 U.S.C. § 2255, dismissing his civil case and denying the issuance of a certificate of appealability.

    s/V. Olmo, Deputy Clerk                      03/27/2017
    Peter Oppeneer, Clerk of Court                  Date